NICK A. URICK, ESQ. SBN 264556
legal@greensoltech.com
AMERICAN SOLAR SOLUTIONS, INC
c/o GREEN SOLAR TECHNOLOGIES, INC.
6400 Laurel Canyon Boulevard, Suite 400
North Hollywood, CA 91606
Telephone: (877) 946-8855
Fax: (888) 688-4339

Appearing for Defendant GREEN SOLAR TECHNOLOGIES, INC., (f.k.a. and sued herein as AMERICAN SOLAR SOLUTION, INC.)

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself, and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>AMERICAN SOLAR SOLUTION, INC., a California Corporation,<br><br>Defendant. | Case No.: **14-CV-0894-L-RBB**<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS COMPLAINT 14-CV-00894-L-RBB FILED BY KERRY O'SHEA**<br><br>**DATE:** November 3, 2014<br>**TIME:** No oral argument<br>**JUDGE:** Hon. M. James Lorenz<br>**CTRM:** 5-B |

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

NOTICE IS HEREBY GIVEN THAT on November 3, 2014, time n/a due to no oral argument, before the Honorable M. James Lorenz, in Courtroom 5-B of the United States Court House for the Southern District of California, 333 West Broadway, Suite 420, San Diego, CA 92101, Defendant American Solar Solution,

///

Inc., ("American Solar") will and herby do move the Court to dismiss the Complaint for Damages and Injunctive Relief pursuant to Federal Rule of Civil Procedure 12(b).

As set forth in the accompanying Memorandum of Points and Authorities, there is good cause for the relief requested. This Honorable Court lacks jurisdiction as Plaintiff will be unable to meet the amount in controversy, as American Solar's autodialer calls only residential telephone numbers. Further, venue is improper in the Southern District, as American Solar briefly had only an "executive suite" in San Diego; never maintained an actual office; did not conduct any business; and did not make any telemarketing calls out of the executive suite in San Diego.

This Motion is based on this Notice of Motion and Motion; the accompanying Memorandum of Points and Authorities, the pleadings and papers filed in this action; and such further argument and matters as may be offered at the time of the hearing of this Motion.

DATED September 29, 2014          GREEN SOLAR TECHNOLOGIES, INC.

By: s/ Nick A. Urick
Attorney for Defendant GREEN SOLAR TECHNOLOGIES, INC. (f.k.a AMERICAN SOLAR SOLUTION, INC.)
E-mail: legal@greensoltech.com