

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

O'Shea

                        **Plaintiff,**

          V.

American Solar Solution, Inc.

                        **Defendant.**

FILED
4/14/2016
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY:     S. Tweedle , Deputy

**Civil No.** 14-cv-00894-L-RBB

**STRICKEN DOCUMENT:**

**Per Order #**    63