THOMAS J. MILETIC (SBN 273332)
legal@greensoltech.com
6400 Laurel Canyon Boulevard, Suite 400
North Hollywood, CA 91606
Telephone: (310) 448-2218
Fax: (818) 302-2800

Attorney for Defendant,
GREEN SOLAR TECHNOLOGIES, INC.
*fka* AMERICAN SOLAR SOLUTION, INC.

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself, and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>        Defendant. | CASE NO. 14-CV-0894-L-RBB<br>[Hon. M. James Lorenz, CTRM 5B]<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION PURSUANT TO FED. R. CIV. P. §12(b)(1)**<br><br>**Date:**    May 8, 2017<br>**Time:**   NO ORAL ARGUMENT<br>             PER LOCAL RULES<br>**Courtroom:** 5B |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE** that on May 8, 2017 in the above-referenced Court, Defendant, Green Solar Technologies, Inc. *fka* American Solar Solution,

Inc. ("American Solar"), will and hereby does move this Court pursuant to Rule 12(b)(1) of the Federal Rules of Civil Procedure to dismiss this action on jurisdictional grounds, namely for lack of subject matter jurisdiction based on lack of standing.  This Court should dismiss this action for lack of subject matter jurisdiction because Plaintiff Kerry O'Shea ("Plaintiff") has not and cannot show injury in fact to confer standing to bring this lawsuit in the first place.

Although this Motion may seem long overdue at first blush, this Motion is actually very timely because it is based on recent changes in case law that were unavailable during the earlier stages of this lawsuit.  In fact, the new case law was decided only in the past few months and became available just recently.   These recent developments in case law drastically changed the legal landscape of standing in TCPA actions, as will be further elaborated herein. The recent case law makes clear that Plaintiff cannot bring an action for an alleged violation of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227 ("TCPA"), without showing a "concrete" harm to satisfy the injury in fact requirement for standing. Nowhere in this case does Plaintiff (because he cannot) show a "concrete" harm sufficient to confer standing to bring this lawsuit.  Accordingly, Plaintiff has not satisfied the injury in fact requirement for standing, and as such, American Solar respectfully requests the Court to dismiss the case for lack of subject matter jurisdiction.

1  American Solar's Motion to Dismiss shall be based upon this Notice, the accompanying Memorandum of Points and Authorities, the Declaration of Thomas J. Miletic and the Exhibits attached thereto, the Court's file in this matter, and upon any further evidence or argument that may be presented at or prior to the hearing of this matter.

Dated:  April 4, 2017

s/Thomas J. Miletic
Thomas J. Miletic
Attorney for Defendant, Green Solar Technologies, Inc. *fka* American Solar Solution, Inc.
Email: legal@greensoltech.com