**EXHIBIT 1**

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

1. Plaintiff Kerry O'Shea's number ending in -6734 is a cellphone number.

2. Plaintiff Kerry O'Shea received fifteen (15) telemarketing calls to his cellphone number ending in -6734 between August 29, 2013 and March 21, 2014.

3. The calls placed to Plaintiff Kerry O'Shea's cellphone number were for telemarketing purposes.

4. The calls placed to Plaintiff Kerry O'Shea's cellphone were placed by telemarketers working for Defendant American Solar.

5. Defendant American Solar Solution, Inc. is a California corporation owned by Nicki Zvik and Shay Yavor that is registered with the California Secretary of State as entity number C3302495. In July 2014, Defendant American Solar Solution, Inc. changed its name to Green Solar Technologies, Inc. (entity number C3302495).

6. Defendant American Solar's internal records have notations that Plaintiff made do-no-call (DNC) requests on September 18, 2013 and February 3, 2014.

7. Defendant American Solar purchased telephone numbers from Affordable Marketing Lists.com, List Giant, Lead List Services aka Lead Research Group, Haines & Company, and U.S. Marketing Group (hereafter collectively referred to as the "List Providers") for telemarketing purposes.

8. Defendant American Solar provided its own suppression lists to the List Providers and requested only new numbers be provided.

9. On July 29, 2013, the owner of Affordable Marketing sent Defendant's employee, Harold Shields, an email following a conversation between the

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 1**

two stating: "Once I get your files and criteria we'll run a count and find out what we have available."

10. On August 8, 2013, Harold Shields sent its suppression files to Affordable Marketing, so that Defendant could ensure it was only purchasing new demographic information.

11. On August 14, 2013, Affordable Marketing sent Harold Shields an email stating, "After using the most recent suppression file also with all of the previous files you sent over we have a total of 355,981 records of homeowners ages 35-70 with credit scores 700+ and home values of $350k+."

12. On August 19, 2013, Affordable Marketing transmitted the 355,981 targeted marketing records to Defendant.

13. In response to a subpoena issued by Plaintiff, Affordable Marketing has stated that it "do[es] not provide cell phone scrubbing and encourage[s its] customers that if they are going to be using an ATDS to make calls, that they should scrub their lists at least every 15 days."

14. Defendant placed six (6) orders with List Giant, on or about the following dates: on February 12, 2014, February 19, 2014, September 3, 2014, September 10, 2014, October 10, 2014 and November 4, 2014.

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 2**

15. The February 12, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Solar | 137,948 | 0.01 | |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | San Diego County | | | |
| Selects | Homeowner, SFDU, home value of 350K+ and NCR of 700+ | | | |
| List On Output | Name, address and phone number | | | |
| Offer Description | Solar | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| | Thank you for your order! Client as requesting phone numbers on and off the DNC. | | | |
| | Total | | | |

16. The February 19, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Solar | 282,983 | 0.01 | |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | Los Angeles, Orange, Riverside and San Bernardino Counties in California | | | |
| Selects | Home Owner, SFDU, Home Value 250K+ and NCR of 650+ | | | |
| List On Output | Name, address and phone number | | | |
| Offer Description | Solar | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| | Thank you for your order Harold! Client as requesting phone numbers on and off the DNC. | | | |
| | Total | | | |

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 3**

17. The September 3, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Home Improvement | 500,000 | 0.0085 | [redacted] |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | States: NV, NM, NY, NJ, TX, UT, LA, AZ, GA, AL, FL, CT | | | |
| Selects | Homeowners (SFDU), Home Value 300K+, Age: 35-65, Standing Level: A-C, Income: 50K+, Omit: Asians and pacific Highlanders | | | |
| List On Output | Name, Address, Phone, Home Value, Age, Income | | | |
| Offer Description | OMIT 17 suppression files client provided | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| Discount | Labor Day Special and additional $25 off | | | -450.00 |
| | Clien 17 su | | | |
| | Total | | | [redacted] |

18. The September 10, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Home Improvement | 61,184 | 0.01 | [redacted] |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | States: IL | | | |
| Selects | Homeowners (SFDU), Home Value 300K+, Age: 35-65, Standing Level: A-C, Income: 50K+, Omit: Asians and pacific Highlanders | | | |
| List On Output | Name, Address, Phone, Home Value, Age | | | |
| Offer Description | Home Improvement | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| | Total | | | [redacted] |

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 4**

19. The October 10, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Home Improvement | 295,595 | 0.0090 | |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | State: CA | | | |
| Selects | Homeowners (SFDU), Home Value 250K+, Age: 24-71, Standing Level: A-C, Income: 70K+, Omit: Asians and pacific Highlanders | | | |
| List On Output | Name, Address, Land Line Phone, Home Value, Age | | | |
| Offer Description | Client provided suppression files to scrub against | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| | Total | | | |

20. The November 4, 2014 order from List Giant is reproduced below:

| Item | Description | QTY | Price | Amount |
|---|---|---|---|---|
| List | Home Improvement | 196,964 | 0.009 | |
| Category | Consumer | | | |
| Phones | 100% Phones | | | |
| Geography | States: AZ, LA, TX, GA, NV, CO | | | |
| Selects | Homeowners (SFDU), Home Value 250K+, Income 75K+, Age: 30-65, Omit: Asians and pacific Highlanders | | | |
| List On Output | Name, Address, Land Line Phone, Home Value and Age | | | |
| Offer Description | OMIT: 204641, 204687 and 204848 and OMIT 17 suppression files that the client provided for this order | | | |
| Emails | No Emails | | | |
| Delivery File Format | CSV | | | |
| Delivery File Format Other | | | | |
| | Total | | | |

21. Defendant American Solar placed one (1) order with Lead List Services on or around June 8, 2013. The Order Description from that order, as included on the Order Form states: "Home Owners, 700+ Fico, 50K+ Income, Home Value 300K+, Age of Owners 20-70, Scrub for DNC, LA County, 100% Phones, 130K records, 1.5cts per."

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

EXHIBIT 1 - PAGE 5

22. In response to Plaintiff's Subpoena issued to Lead List Services, Lead List Services stated that it "do[es] not offer a service to our client to scrub for cell phone numbers."

23. Defendant American Solar placed one (1) Order with Haines & Company on or about June 6, 2014.

24. A portion of the June 6, 2014 Order with Haines & Company is reproduced below:



25. In response to Plaintiff's Subpoena issued to Haines & Company, Haines & Company stated that "American Solar Solution sent to Haines in approximately 19 email messages 37 comma-delimited (.csv) files with phone numbers to be excluded from any data they purchased from Haines & Company, Inc. Haines and Company, Inc. received 18,031,422 records from American Solar in these 37 .csv files. These 18+M records were

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 6**

reduced to 2,540,921 records after removing duplicates. Following the purge process Haines and Company, Inc. ...email[ed]...244,183 records for marketing."

26. Defendant American Solar placed two (2) orders with US Marketing Group on or about October 13, 2013 and January 7, 2014.

27. The following text appears on both invoices from US Marketing Group:

"Customer understands that there are separate Federal and State Do Not Call (DNC) lists and suppression against the Federal and State DNC lists is an optional service that US Marketing Group will perform for the Customer at no additional charge when said DNC files is supplied by the Customer in advance of order processing."

And,

"The customer understands and agrees to be compliant with all TCPA laws. The customer is responsible for scrubbing all cell phone number out of the marketing lists and scrubbing numbers against the Do Not Class Registry."

28. A portion of the October 31, 2013 US Marketing Invoice is reproduced below:

| Item | Description | Unit Price | Quantity | Amount |
|---|---|---|---|---|
| Marketing List | Homeowners, SFDU, Market Value 350k+, Credit 700+, Age 35-75 Counties to target: Los Angeles, Ventura, Orange, Riverside | $0.010 | 523,417 | $5,234.17 |
| | | | TOTAL | $5,234.17 |

NOTES :
Ship method : e-mail CSV

Federal Regulations Do Not Require that lists comprised of Business Telephone Numbers be suppressed against the National Do Not Call Lists. This is no way warrants that numbers contained on a business list will not appear in the National Do Not Call Registry.

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

EXHIBIT 1 - PAGE 7

29. A portion of the January 7, 2014 US Marketing Invoice is reproduced below:

| Item Code | Description | Quantity | Price Each | Amount |
|---|---|---|---|---|
| 12701 | Los Angeles County, Orange County, Ventura County, SD, Homeowners, Age 35-75, Credit 700+, 350K + Home Market Value, | 660,664 | 0.01 | 6,606.64 |
| | Thank you for your business. | | **Total** | **$6,606.64** |

30. Defendant American Solar is in the business of selling solar to residential and commercial customers.

31. Defendant American Solar took the information purchased from the List Providers and loaded it into its ViciDial predictive dialers and proceeded to make solicitation calls to hundreds of thousands of consumers via the ViciDial predictive dialers.

32. Defendant American Solar placed calls using the ViciDial predictive dials from November 22, 2012 through August 22, 2015.

33. Defendant American Solar did not scrub for cellphone numbers.

34. The invoices from the List Providers state that Defendant American Solar was only being charged approximately 1-1.5 cents per record.

35. Defendant American Solar had its own internal do-no-call policy.

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

EXHIBIT 1 - PAGE 8

36. Defendant American Solar does not have any written records indicating written consent to be called.

37. Defendant American Solar stopped making telemarketing calls with an autodialer in 2015.

38. Plaintiff's Expert, Jeffrey A. Hansen, has identified 897,534 total calls to 220,007 unique cell phones during the time period from November 22, 2012 through August 22, 2015.

**Exhibit C – Statement of all Facts to which the Parties Stipulate**

**EXHIBIT 1 - PAGE 9**