UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA,, on behalf of himself and all others similarly situated,<br><br>                                  Plaintiff,<br><br>v.<br><br>AMERICAN SOLAR SOLUTIONS, INC., a California corporation,<br><br>                                 Defendant. | Case No.: 3:14-cv-00894-L-RBB<br><br>**ORDER GRANTING JOINT MOTION TO VACATE DATES AND/OR STAY THE CASE PENDING THE FILING OF MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT [ECF No. 152]** |

Having reviewed the parties' Joint Motion to Vacate Dates and/or Stay the Case Pending the Filing of Motion for Preliminary Approval of Class Action Settlement [ECF No. 152], the Court finds good cause to vacate the jury trial currently set for November 13, 2018 and to stay its related deadlines, including pending *Daubert* motion deadlines. Accordingly, the Court GRANTS the parties' Joint Motion.

Additionally, the parties have contacted the Court, in compliance with Judge Brooks' minute order [ECF No. 153], to obtain their deadline for filing a motion for preliminary approval of class action settlement. In light of the discussions with the parties, the Court set the preliminary approval motion hearing date and time for **November 19, 2018** at **10:30 a.m.** No oral argument will be held on this motion unless requested by the Court.

**IT IS SO ORDERED.**

Dated: September 10, 2018

                                                      Hon. M. James Lorenz
                                                      United States District Judge