**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| KERRY O'SHEA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>*Defendant.* | CASE NO.: 14-CV-0894-L-RBB<br><br>CLASS ACTION<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE HEARING DATE ON JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT TO DECEMBER 3, 2018** |

    On November 13, 2018, the parties filed a Joint Motion to Continue the Hearing Date for Preliminary Approval of Class Action Settlement [ECF No. 156]. Upon consideration of the papers, the Court finds that good cause exists to grant the joint motion due to the parties' current efforts and representation that expect to finalize and execute the settlement agreement by **November 26, 2018**. Accordingly, IT IS HEREBY ORDERED that the parties' joint motion is GRANTED. The hearing date currently set for November 19, 2018 at 10:30 a.m. is continued to

**December 3, 2018** at **10:30 a.m.**  No oral argument shall be held unless ordered by the Court in a separate order.

DATE: November 14, 2018

_____
Hon. M. James Lorenz
United States District Judge