**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665 900

*Class Counsel*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of herself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>*Defendant.* | CASE NO.: 14-CV-0894-L-RBB<br><br>CLASS ACTION<br><br>**JOINT NOTICE OF MOTION AND JOINT MOTION FOR PRELIMINARY APPROVAL OF CLASS ACTION SETTLEMENT**<br><br>Hearing date: December 4, 2018<br>Time:           10:30 a.m.<br>Courtroom:   5B<br>Judge:          Hon. M. James Lorenz<br><br>**No oral argument unless otherwise ordered by the Court** |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on December 4, 2018 at 10:30 a.m., before the Honorable James M. Lorenz, United States District Judge for the Southern District of California, Plaintiff Kerry O'Shea and Defendant American Solar Solution, Inc. will move this Court for an order granting preliminary approval of the class action settlement.

This motion is made on the grounds that: (i) the Settlement is in the best interests of the members of the Class and the terms of the Settlement are within the range of approval; (ii) the manner and form of giving notice of the Settlement to members of the Class, given practical constraints of this litigation, fairly apprise members of the Class of the terms of the Settlement; and (iii) the timetable for publishing the class notice, lodging objections to the terms of the Settlement, and holding a hearing regarding final approval of the Settlement is appropriate.

This motion is based on this Notice, the accompanying Memorandum of Points and Authorities, the supporting declarations and attachments thereto, the Complaint, all other pleadings and papers on file in this action.

Dated: November 30, 2018

*s/ Ronald A. Marron*
RONALD A. MARRON
**LAW OFFICES OF RONALD A. MARRON**
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*Class Counsel*