|  |  |
|---|---|
| 1 | **LAW OFFICES OF RONALD A. MARRON** |
| 2 | RONALD A. MARRON (SBN 175650) |
|  | *ron@consumersadvocates.com* |
| 3 | ALEXIS M. WOOD (SBN 270200) |
|  | *alexis@consumersadvocates.com* |
| 4 | KAS L. GALLUCCI (SBN 288709) |
| 5 | *kas@consumersadvocates.com* |
|  | 651 Arroyo Drive |
| 6 | San Diego, California 92103 |
| 7 | Telephone: (619) 696-9006 |
|  | Facsimile: (619) 564-6665 900 |
| 8 |  |
| 9 | *Class Counsel* |

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself and all others similarly situated, | CASE NO.: 14-CV-0894-L-RBB |
| *Plaintiff,* | CLASS ACTION |
| v. | **DECLARATION OF SHARLENE O'SHEA** |
| AMERICAN SOLAR SOLUTION, INC., a California corporation, | |
| *Defendant.* | |

I, Sharlene O'Shea, do hereby declare as follows:

1. My late husband, Kerry O'Shea passed away intestate on August 11, 2019 in Sausalito, California. *See* Ex. A (Certificate of Death for Kerry O'Shea) (filed under seal).

2. I was legally married to Kerry O'Shea for the initiation of this lawsuit up until his death, and we did not have any children together. *Id.*

3. My late husband died intestate and as the surviving spouse, I am the sole beneficiary of his community property interests, including the interests in his claims against American Solar Solutions, Inc.

4. No other person has a superior right to be substituted for my husband in the pending action.

5. I wish to proceed with my late spouse's claim as the class representative, and will assume all roles and responsibilities of said duties.

I declare under penalty of perjury that the foregoing is true and correct of my own personal knowledge and that, if I am called to testify, I would do so as stated above.

Executed this 26th day of January, 2021 at Huntington Beach, California.

_____
SHARLENE O'SHEA

*O'Shea v. American Solar Solution, Inc.,* No. 14-cv-0894-L-RBB

**<u>EXHIBIT A</u>**

## CERTIFICATION OF VITAL RECORD

# COUNTY OF MARIN
### SAN RAFAEL, CALIFORNIA

**STATE FILE NUMBER:** 3052019166353
**LOCAL REGISTRATION NUMBER:** 3201921001238

## CERTIFICATE OF DEATH
STATE OF CALIFORNIA

| Field | Value |
|---|---|
| 1. NAME OF DECEDENT – FIRST (Given) | KERRY |
| 2. MIDDLE | KEVIN |
| 3. LAST (Family) | O'SHEA |
| 4. DATE OF BIRTH | 02/23/1968 |
| 5. AGE | 51 |
| 6. SEX | M |
| 7. DATE OF DEATH | 08/11/2019 |
| 8. HOUR (24 Hours) | 1343 |
| 9. BIRTH STATE/FOREIGN COUNTRY | CALIFORNIA |
| 11. EVER IN U.S. ARMED FORCES? | NO |
| 12. MARITAL STATUS | MARRIED |
| 13. EDUCATION | ASSOCIATE |
| 15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH | NO |
| 16. DECEDENT'S RACE | IRISH GERMAN |
| 17. USUAL OCCUPATION | MEDIA SERVICES TECHNICIAN |
| 18. KIND OF BUSINESS OR INDUSTRY | EDUCATION |
| 19. YEARS IN OCCUPATION | 22 |
| 26. INFORMANT'S NAME, RELATIONSHIP | SHARLENE O'SHEA, SPOUSE |
| 28. NAME OF SURVIVING SPOUSE – FIRST | SHARLENE |
| 29. MIDDLE | REY |
| 30. LAST (BIRTH NAME) | MILLER |
| 31. NAME OF FATHER/PARENT – FIRST | MAURICE |
| 32. MIDDLE | FRANCIS |
| 33. LAST | O'SHEA |
| 34. BIRTH STATE | ILLINOIS |
| 35. NAME OF MOTHER/PARENT – FIRST | MARLENE |
| 36. MIDDLE | RITA |
| 37. LAST (BIRTH NAME) | VOLMER |
| 38. BIRTH STATE | CALIFORNIA |
| 39. DISPOSITION DATE | 08/18/2019 |
| 40. PLACE OF FINAL DISPOSITION | RESIDENCE OF SHARLENE O'SHEA |
| 41. TYPE OF DISPOSITION(S) | CR/RES |
| 42. SIGNATURE OF EMBALMER | NOT EMBALMED |
| 46. SIGNATURE OF LOCAL REGISTRAR | MATTHEW WILLIS, MD MPH |
| 47. DATE | 08/18/2019 |
| 101. PLACE OF DEATH | Other |
| 104. COUNTY | MARIN |
| 107. CAUSE OF DEATH (Immediate Cause) | (redacted) |
| 108. DEATH REPORTED TO CORONER | YES |
| 109. BIOPSY PERFORMED? | NO |
| 110. AUTOPSY PERFORMED? | NO |
| 112. OTHER SIGNIFICANT CONDITIONS | NONE |
| 113. WAS OPERATION PERFORMED | NO |
| 120. INJURED AT WORK? | NO |
| 121. INJURY DATE | 08/11/2019 |
| 122. HOUR | 1322 |
| 126. SIGNATURE OF CORONER/DEPUTY CORONER | KACI S DEMENT |
| 127. DATE | 08/17/2019 |
| 128. TYPE NAME, TITLE OF CORONER/DEPUTY CORONER | KACI S DEMENT, DEPUTY CORONER |

'010001004289285'

**CERTIFIED COPY OF VITAL RECORD**
STATE OF CALIFORNIA, COUNTY OF MARIN

This is a true and exact reproduction of the document officially registered and placed on file in the vital record section, Marin County Public Health Department.

**DATE ISSUED:** 08/19/2019

000554517



MATTHEW WILLIS, MD, MPH
COUNTY HEALTH OFFICER

This copy is not valid unless prepared on an engraved border, displaying the date, seal and signature of the County Health Officer.

**ANY ALTERATION OR ERASURE VOIDS THIS CERTIFICATE**