**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (SBN 175650)
*ron@consumersadvocates.com*
ALEXIS M. WOOD (SBN 270200)
*alexis@consumersadvocates.com*
KAS L. GALLUCCI (SBN 288709)
*kas@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665 900

*Class Counsel*

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself and all others similarly situated, | CASE NO.: 14-CV-0894-L-RBB |
| *Plaintiff,* | CLASS ACTION |
| v. | **JOINT STATUS REPORT** |
| AMERICAN SOLAR SOLUTION, INC., a California corporation, | |
| *Defendant.* | |

Sharlene O'Shea, wife and sole beneficiary of the deceased Kerry O'Shea (class representative) and Defendant American Solar Solution, Inc. ("American Solar") hereby file this Joint Status Report.

1. On April 15, 2014, Plaintiff Kerry O'Shea filed a Complaint in the United States District Court for the Southern District of California (the "Court") entitled *Kerry O'Shea, on behalf of himself and all others similarly situated v. American Solar Solution, Inc., a California corporation,* which was assigned Case No. 3:14-cv-00894-L-RBB (the "Action"). The Complaint in the Action alleges that American Solar violated the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA") by using an automatic telephone dialing system or an artificial or prerecorded voice to call cellular phones without the prior express consent of Plaintiff and the putative class members. (Dkt. No. 1).

2. On March 11, 2015, American Solar filed an Answer to the Complaint. (Dkt. No. 19).

3. On November 7, 2016, the Court denied American Solar's Motion for Leave to File a Third-Party Complaint and denied American Solar's Motion for Summary Judgment. (Dkt. No. 82).

4. Following discovery and briefing on class certification, the Court on March 2, 2017, certified the following class: All individuals in the United States who were called by or on behalf of Defendant; using the ViciDial predictive dialers; on a cellular telephone number, between November 22, 2012 and August 22, 2015. (Dkt. No. 88).

5. On June 27, 2017, the Court denied American Solar's Motion to Dismiss for Lack of Jurisdiction. (Dkt. No. 100).

6. On May 21, 2018, the Court denied Plaintiff's Motion for Summary Judgment finding "no dispute as to the facts that (1) Defendant used an ATDS to place telemarketing calls to cell phones and (2) Defendant has no evidence tending

to suggest it had prior express consent to make said call…[r]ather, the issue is damages." (Dkt. No. 138 at p. 3).

7. On July 2, 2018, the Court denied Defendant's Motion for Leave to File a second motion for summary judgment. (Dkt. No. 146).

8. Also on July 2, 2018, the Parties filed a Pre-Trial Order advising the Court that the issue is to be tried is whether Plaintiff and the Class are entitled to trebled damages. (*See* Dkt. No. 147 at p. 3).

9. Throughout the course of the litigation, the Parties engaged in both formal and informal attempts at settlement. The Parties participated in the following settlement conferences before the Honorable Magistrate Judge Ruben B. Brooks:

- An in-person Early Neutral Evaluation Conference on August 20, 2015 (Dkt. No. 28);
- Telephonic attorneys-only settlement conferences on February 5, 2016 (Dkt. No. 47), September 7, 2016 (Dkt. No. 77) and November 30, 2016 (Dkt. No. 83);
- An in-person mandatory settlement conference on January 4, 2017 (Dkt. No. 84);
- A telephonic attorneys-only settlement conference on February 2, 2017 (Dkt. No. 87);
- An in-person mandatory settlement conference on June 21, 2017 (Dkt. No. 99);
- Telephonic attorneys-only settlement conferences on September 12 2017 (Dkt. No. 105) and on October 25, 2017 (Dkt. No. 110);
- An in-person mandatory settlement conference on December 13, 2017 (Dkt. No. 117);
- Telephonic attorneys-only settlement conferences on January 23, 2018 (Dkt. No. 131) and on February 21, 2018 (Dkt. No. 132);

- An in-person settlement conference on March 15, 2018 (Dkt. No. 134);
- Telephonic attorneys-only settlement conferences on March 27, 2018 (Dkt. No. 135), April 25, 2018 (Dkt. No. 136), May 8, 2018 (Dkt. No. 137) and June 6, 2018 (Dkt. No. 139);
- An in-person mandatory settlement conference on September 5, 2018 (Dkt. No. 150) wherein the Parties, with the assistance of Judge Brooks, finalized the material terms of the class relief, which was submitted to the Court for preliminary approval on November 30, 2018 (Dkt. No. 158).

10. On June 12, 2019, the Court denied the Parties' Joint Motion for Preliminary Approval of Class Action Settlement. (Dkt. No. 161).

11. Following the denial, the Parties have been engaged in ongoing arms'-length settlement negotiations in an attempt to resolve the litigation. Many material terms of an amended settlement agreement have been reached; however, one material term remains unresolved. Recently, in-house counsel notified Plaintiff's counsel that a new in-house attorney would be substituting in and would assist in finalizing a settlement.

12. On January 29, 2021, the Parties filed a Joint Motion to Substitute the name of the Class Representative, as the original Plaintiff Kerry O'Shea passed away on August 11, 2019.

13. No notice has been provided to the Class at this time as the Parties have been finalizing a claims-made settlement for $25/claim which provides class members the ability to opt out.

14. The Parties respectfully request 60 days to finalize a settlement to submit to the Court for preliminary approval. Should the Parties be unable to finalize an amended settlement agreement, the matter should be set for trial on the limited issue of damages.

| | | |
|---|---|---|
| Dated: January 29, 2021 | By: | /s/ *Alexis M. Wood* |
| | | ALEXIS M. WOOD |
| | | **LAW OFFICES OF RONALD A. MARRON** |
| | | RONALD A. MARRON |
| | | ALEXIS M. WOOD |
| | | KAS L. GALLUCCI |
| | | 651 Arroyo Drive |
| | | San Diego, California 92103 |
| | | Telephone: (619) 696-9006 |
| | | Facsimile: (619) 564-6665 |
| | | |
| | | *Class Counsel* |
| | | |
| Dated: January 29, 2021 | By: | s/ *Ken I. Ito* |
| | | **GREEN SOLAR TECHNOLOGIES, INC.** |
| | | 6400 Laurel Canyon Blvd., Ste. 400 |
| | | North Hollywood, California 91606 |
| | | Telephone: (310) 448-2218 |
| | | |
| | | *Attorneys for Defendant* |

### SIGNATURE CERTIFICATION

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Ken I. Ito, counsel for Green Solar Technologies, Inc. and that I have obtained Mr. Ito's authorization to affix his electronic signature to this document.

Dated: January 29, 2021        **LAW OFFICES OF RONALD A. MARRON**
                                By:   s/ *Alexis M. Wood*
                                      Alexis M. Wood
                                      *Counsel for Plaintiff and the Class*