UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA,<br><br>                          Plaintiff,<br><br>v.<br><br>AMERICAN SOLAR SOLUTION, INC.,<br><br>                         Defendant. | Case No.: 14cv894-L-RBB<br><br>ORDER:<br> (1) ON JOINT MOTION TO SUBSTITUTE PARTY [ECF No. 163] and<br><br>(2) RE JOINT STATUS REPORT [ECF NO. 164]. |

      Pending before the Court is a certified class action alleging violation of the Telephone Consumer Protection Act, 47 U.S.C. § 277.  After class certification, the parties moved for a preliminary approval of class action settlement, which motion was denied without prejudice on June 12, 2019.  (ECF Nos. 88 and 161, respectively.)  The Court's docket reflects no activity since that date. On January 14, 2021, the Court issued an Order to Show Cause requiring the parties to file a joint status report no later than January 29, 2021. On January 29, 2021, the parties filed a Joint Motion to Substitute Party pursuant to Rule 25 of the Federal Rules of Civil Procedure, and a Joint Status Report.

      The parties state that Plaintiff and class representative, Kerry O'Shea, passed away intestate on August 11, 2019. The parties' request that Sharlene O'Shea be substituted for

1  her deceased husband in this action because she is the sole beneficiary of her husband's
2  estate and the legal successor in interest to her husband's claims in this action. Although
3  the parties note that a substituted party steps into the same position as the original party,
4  it is unclear whether they are also requesting that Sharlene O'Shea be named class
5  representative.  If the parties seek to have Sharlene O'Shea replace her deceased husband,
6  Kerry O'Shea, as class representative, they must make a showing that she qualifies under
7  Rule 23.

8       The Parties are also requesting sixty days from January 29, 2021, to finalize a
9  settlement to submit to the Court for preliminary approval. This action was stagnant for
10 approximately one and a half years with no activity.  Other than stating that new in-house
11 counsel would be substituting in, the parties do not explain the delay in prosecuting the
12 action.  The Parties have not provided sufficient support for their request for an additional
13 sixty days.
14 //
15 //
16 //
17 //
18 //
19 //
20 //
21 //
22 //
23 //
24 //
25 //
26 //
27 //
28 //

For the foregoing reasons, it is ORDERED as follows:

1. The Joint Motion to Substitute Sharlene O'Shea for Her Late Spouse and Class Representative Kerry O'Shea (doc. no. 163) is granted insofar as Sharlene O'Shea may substitute into this case as the plaintiff. The joint motion is denied in all other respects.

2. The parties' request in the Joint Status Report (doc. no. 164) for a 60-day period to finalize their amended settlement agreement is granted in part. No later than March 22, 2021, the parties shall file either a motion for preliminary approval of class action settlement or a notice stating that they are unable to finalize the settlement. If the parties choose to file a motion for preliminary settlement approval, they must make a showing pursuant to Federal Rule of Civil Procedure 23(a) that Sharlene O'Shea meets the requirements to represent the class. Failure to timely comply with this order will result in dismissal without prejudice.

**IT IS SO ORDERED.**

Dated: February 4, 2021

Hon. M. James Lorenz
United States District Judge