1  Ken Ichi Ito (SBN 279304)
2  legal@greensoltech.com
3  8510 Balboa Blvd, Ste 220 Northridge, CA 91325
   Tel: (424) 433-5986
4
5  Attorney for Defendant,
   *fka* AMERICAN SOLAR SOLUTION, INC.
6

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself, and all others similarly situated, | CASE NO. 14-CV-0894-L-RBB<br>[Hon. M. James Lorenz, CTRM 5B] |
| Plaintiff, | **REQUEST FOR SUBSTITUTION OF ATTORNEY** |
| v. | |
| AMERICAN SOLAR SOLUTION, INC., a California corporation, | |
| Defendant. | |

TO THE COURT, ALL PARTIES, AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Defendant, GREEN SOLAR TECHNOLOGIES, INC. *fka* AMERICAN SOLAR SOLUTION, INC. ("American Solar"), hereby requests the following substitution:

That Defendant's **former legal representative** Ken Ichi Ito (SBN 279304) 8510 Balboa Blvd, Ste 220 Northridge, CA 91325, Tel: (424) 433-5986, be substituted for **new counsel of record** John Matthew Eustermann (SBN 184941), in-house counsel for Defendant American Solar, 8510 Balboa Blvd, Ste 220 Northridge, CA 91325, Tel: (424) 433-5986.

///

///

///

///

///

///

///

///

///

///

///

The party requesting substitution is Defendant American Solar who hereby consents to this substitution.

Dated: February 1, 2021

_____
Shay Yavor
CEO
Defendant, Green Solar Technologies, Inc. *fka* American Solar Solution, Inc.

I consent to this substitution (new attorney):

Dated: February 1, 2021

_____
John Matthew Eustermann

I consent to this substitution (former/disassociating attorney):

Dated: February 1, 2021

s/ Ken Ichi Ito
Ken Ichi Ito
Attorney for Defendant, Green Solar Technologies, Inc. *fka* American Solar Solution, Inc.
Email: legal@greensoltech.com