UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY O'SHEA, on behalf of himself, and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>　　　　　Defendant. | CASE NO. 14-CV-0894-L-RBB<br><br>**ORDER GRANTING MOTION FOR SUBSTITUTION OF ATTORNEY** |

Pending before the Court is Defendant American Solar's Request for Substitution of Attorney. The Court finds the parties have complied with CivLR 83.3(f)(2). Accordingly, the Court GRANTS Defendant American Solar's request: John Matthew Eustermann (SBN 184941), 8510 Balboa Blvd, Ste 220 Northridge, CA 91325, Tel: (424) 433-5986, is hereby substituted in place of Ken Ichi Ito

(SBN 279304) as counsel for Defendant American Solar Solution, Inc. for all purposes from this date forward. Defense counsel, Mr. Ito is hereby ORDERED to serve the Order on new counsel, John Matthew Eustermann, and is ORDERED to file a proof of service within seven (7) days from the filing of the Order; and (2) new counsel, John Matthew Eustermann, is ORDERED to file a notice of appearance no later than seven (7) number of days from the filing of the proof of service.

IT IS SO ORDERED

Dated:   February 10, 2021

*[signature]*

Hon. M. James Lorenz
United States District Judge