UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SHEA,<br><br>                    Plaintiff,<br><br>v.<br><br>AMERICAN SOLAR SOLUTIONS, INC.,<br><br>                    Defendant. | Case No.: 14-CV-894-L(WVG)<br><br>**ORDER SETTING DEADLINE FOR JOINT NOTICE OF SETTLEMENT AND JOINT STATUS REPORT** |

On January 6, 2023, this matter was reassigned to United States Magistrate Judge William V. Gallo. (ECF No. 192.) Pursuant to the Order of Transfer, all conferences or hearing dates previously set will remain as scheduled before Judge Gallo. *Id.* Additionally, the Court also **ORDERS** the following to occur:

(1) **No later than February 10, 2023**, the Parties shall file a Joint Notice of Settlement and, in such event, counsel for the Parties shall appear for a telephonic Joint Status Conference on **Monday, February 14, 2023 at 8:30 a.m.**; or, alternatively,

(2) If the Parties fail to file a Joint Notice of Settlement, **no later than February 10, 2023**, the Parties shall (1) lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, a Joint Status Report detailing the status of their

negotiations and any remaining issues, and (2) counsel for the Parties shall appear for a telephonic Settlement Disposition Conference on **Monday, February 14, 2023 at 8:30 a.m.**

(3) **On or before February 10, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: January 10, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge