```
 1  LAW OFFICES OF RONALD A. MARRON
    RONALD A. MARRON (SBN 175650)
 2  ron@consumersadvocates.com
    ALEXIS M. WOOD (SBN 270200)
 3  alexis@consumersadvocates.com
    KAS L. GALLUCCI (SBN 288709)
 4  kas@consumersadvocates.com
    651 Arroyo Drive
 5  San Diego, California 92103
    Telephone: (619) 696-9006
 6  Facsimile: (619) 564-6665
    Counsel for Plaintiff
 7
    MANATT, PHELPS & PHILLIPS, LLP
 8  CHRISTINE M. REILLY (Bar No. 226388)
    E-Mail: CReilly@manatt.com
 9  ALEXANDRA N. KRASOVEC (Bar No. 279578)
    E-Mail: AKrasovec@manatt.com
10  2049 Century Park East, Suite 1700
    Los Angeles, California 90067
11  Telephone: 310.312.4000
    Facsimile: 310.312.4224
12
    Attorneys for Defendant
13  AMERICAN SOLAR SOLUTION, INC.
```

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Kerry O'Shea, on behalf of itself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>　　　　　Defendant. | NO. 14-cv-00894-L-WVG<br><br><br><br><br>**JOINT NOTICE OF SETTLEMENT PER DOCKET NO. 193** |

Plaintiff The Estate of Kerry O'Shea ("Plaintiff") and Defendant American Solar Solution, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, hereby respectfully inform the Court that the Parties have signed a confidential settlement agreement. The Parties anticipate that a Joint Notice of Voluntary Dismissal of this matter will be filed in the next thirty (30) days to allow time to perform under the settlement. The Parties respectfully request that the Court vacate any and all pending deadlines and stay the case, and that the Court retain jurisdiction and not dismiss the matter, at this time.

Dated:   February 8, 2023

LAW OFFICES OF RONALD A. MARRON

By: s/ Kas Galluci
Kas Galluci
*Counsel for Plaintiff*

MANATT, PHELPS & PHILLIPS, LLP

By: s/ Alexandra N. Krasovec
Alexandra N. Krasovec*
*Attorneys for Defendant*

* Under Local Rule 5-1(h)(3), I attest and certify that each of the other signatories to this document have concurred in its filing.