UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| O'SHEA,<br><br>  Plaintiff,<br><br>v.<br><br>AMERICAN SOLAR SOLUTIONS, INC.,<br><br>  Defendant. | Case No.: 14-CV-894-L(WVG)<br><br>**ORDER SETTING DEADLINE FOR JOINT NOTICE OF SETTLEMENT AND SETTLEMENT DISPOSITION CONFERENCE** |

On February 8, 2023, the Parties filed a Joint Notice of Settlement Per Docket No. 193 ("Joint Notice of Settlement"). (ECF No. 194). The Joint Notice of Settlement indicates the Parties have resolved this matter and requests thirty (30) days to file a Joint Motion to Dismiss. *Id.* Accordingly, the Court ORDERS:

1. The Joint Status Conference on Tuesday, February 14, 2023 is VACATED.

2. On or before **March 8, 2023**, the parties shall file a joint motion to dismiss this action in its entirety and with prejudice.

3. If a joint motion to dismiss is filed by the deadline above, the telephonic settlement disposition conference below will automatically be vacated without further action by the parties.

4. A telephonic settlement disposition conference is scheduled for **March 10, 2023**,

at **8:30 a.m.** The Court will initiate the call. **On or before March 8, 2023,** each attorney intending to participate shall lodge, via electronic mail addressed to efile_Gallo@casd.uscourts.gov, (1) the name of each attorney who will participate and (2) a telephone number at which each attorney may be reached <u>directly</u> without fail at the time of the conference.

**IT IS SO ORDERED.**

DATED: February 8, 2023

_____
Hon. William V. Gallo
United States Magistrate Judge