1  LAW OFFICES OF RONALD A. MARRON
   RONALD A. MARRON (SBN 175650)
2  ron@consumersadvocates.com
   ALEXIS M. WOOD (SBN 270200)
3  alexis@consumersadvocates.com
   KAS L. GALLUCCI (SBN 288709)
4  kas@consumersadvocates.com
   651 Arroyo Drive
5  San Diego, California 92103
   Telephone: (619) 696-9006
6  Facsimile: (619) 564-6665
   *Counsel for Plaintiff*
7
   MANATT, PHELPS & PHILLIPS, LLP
8  CHRISTINE M. REILLY (Bar No. 226388)
   E-Mail: CReilly@manatt.com
9  ALEXANDRA N. KRASOVEC (Bar No. 279578)
   E-Mail: AKrasovec@manatt.com
10 2049 Century Park East, Suite 1700
   Los Angeles, California 90067
11 Telephone: 310.312.4000
   Facsimile: 310.312.4224
12
   *Attorneys for Defendant*
13 *AMERICAN SOLAR SOLUTION, INC.*

## UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| The Estate of Kerry O'Shea, on behalf of itself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>Defendant. | NO. 14-CV-0894-L- WVG<br><br>**JOINT MOTION TO DISMISS WITH PREJUDICE AS TO PLAINTIFF'S INDIVIDUAL CLIAMS [Fed. R. Civ. Proc. 41]** |

Plaintiff The Estate of Kerry O'Shea ("Plaintiff") and Defendant American Solar Solution, Inc. ("Defendant" and together with Plaintiff, the "Parties"), by and through their respective counsel, STIPULATE, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, that Plaintiff's complaint shall be dismissed in its entirety and with prejudice with respect to the claims by Plaintiff individually against Defendant, with each party to bear its own costs and fees.

Dated:   February 20, 2023    By: s/ *Kas L. Gallucci*

                                                  Kas L. Gallucci

                                                  *Counsel for Plaintiff*

                                          MANATT, PHELPS & PHILLIPS, LLP

                                          By: s/ Alexandra N. Krasovec

                                                  Alexandra N. Krasovec

                                                  *Attorneys for Defendant*

### Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Alexandra N. Krasovec, counsel for Defendant, and that I have obtained Ms. Krasovec's authorization to affix her electronic signature to this document.

Dated: February 20, 2023     **LAW OFFICES OF RONALD A. MARRON**

                                          By: */s/ Kas L. Gallucci*

                                          KAS L. GALLUCCI