# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ESTATE OF KERRY O'SHEA, et al<br><br>Plaintiffs,<br><br>v.<br><br>AMERICAN SOLAR SOLUTION, INC., a California corporation,<br><br>Defendant. | NO. 14-CV-0894-L- WVG<br><br>**ORDER DISMISSING PLAINTIFF'S COMPLAINT WITH PREJUDICE**<br>**[Fed. R. Civ. Proc. 41]** |

Having read and considered the Joint Motion for Dismissal filed by Plaintiff The Estate of Kerry O'Shea ("Plaintiff") and Defendant American Solar Solution, Inc. ("Defendant" and together with Plaintiff, the "Parties"), and good cause appearing, the Court GRANTS the Parties' Joint Motion for Dismissal. This action is dismissed with prejudice as to all individual claims asserted by Plaintiff against Defendant pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Each party to bear their own costs and fees.

**IT IS SO ORDERED.**

Dated:  March 13, 2023

_____
Hon. M. James Lorenz
United States District Judge